| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION CHAPTER 13 |
|---|---|
| IN RE: NAME OF DEBTOR (Last, First, Middle)<br>**Ferralez, Ramon,** | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle)<br>**Ferralez, Dawn, E.** |
| ALL OTHER NAMES, INCLUDING TRADE NAMES, USED BY THE DEBTOR IN THE LAST 6 YEARS | ALL OTHER NAMES, INCLUDING TRADE NAMES, USED BY THE JOINT DEBTOR IN LAST 6 YEARS |
| Soc. Sec/Tax I.D.No.(If more than one, state all):<br>**XXX-XX-8648** | Soc. Sec./Tax I.D.No. (If more than one, state all):<br>**XXX-XX-3462** |
| ADDRESS OF DEBTOR (Street, City, State, and Zip Code)<br>**15210 Laramie**<br>**Oak Forest IL 60452** | ADDRESS OF JOINT DEBTOR(Street, City, State and Zip Code)<br>**15210 Laramie**<br>**Oak Forest IL 60452** |
| COUNTY OF RESIDENCE **COOK** | COUNTY OF RESIDENCE **COOK** |
| MAILING ADDRESS OF DEBTOR (If different from Street Address) | MAILING ADDRESS OF DEBTOR (If different from Street Address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different address listed above) | VENUE (Check one)<br>[X] Debtor has been domiciled or has had a residence, principal place of business, of principal assets in this District for 180 Days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | | CHAPTER OF THE BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) | |
|---|---|---|---|
| [ ] Individual | [ ] Corporation Publicly Held | [ ] Chapter 7 | [ ] Chapter 11 Railroad |
| [X] Joint (Husband & Wife) | [ ] Corporation Not Publicly Held | [ ] Ch. 7 Broker | [ ] Chapter 12 |
| [ ] Partnership | [ ] Municipality | [ ] Ch. 9 | [X] Chapter 13 |
| [ ] Other _____ | | [ ] Ch. 11 | [ ] Sec. 304 |

NATURE OF DEBT
[X] Non-Business/Consumer    [ ] Business - Complete A & B

A. TYPE OF BUSINESS (Check One Box)
[ ] Farming    [ ] Transportation    [ ] Commodity Broker
[ ] Professional    [ ] Manufacturer/Mining    [ ] Construction
[ ] Retail/Wholesale    [ ] Real Estate
[ ] Railroad    [ ] Stock Broker    [ ] Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

FILING FEE (Check on box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
**URBAN & BURT, LTD.**
**5320 W. 159th Street**
**Oak Forest, IL 60452**
**708-687-5200**

Name of Attorney Designated to Represent Debtor
**URBAN & BURT, LTD. (URBA) 6182264**

### STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)

[ ] No assets will be available for distribution to creditors
[X] Assets will be available for distribution to creditors

ESTIMATED NUMBER OF CREDITORS
| 1-15 | 16-49 | 50-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS (IN THOUSANDS OF DOLLARS)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |

ESTIMATED LIABILITIES (IN THOUSANDS OF DOLLARS)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |

ESTIMATED NUMBER OF EMPLOYEES-CHAPTER 11 AND 12 ONLY
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED NO. OF EQUITY SECURITY HOLDERS-CH.11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-999 | 1000-0ver |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY

Name of Debtor **Ramon Ferralez**
**Dawm E. Ferralez**

Case Number _____

## FILING OF PLAN

For Chapter 9, 11, 12, and 13 cases only, Check appropriate box

[ ] A copy of debtor's proposed plan is attached.   [X] Debtor intends to file a plan within the time allowed by statute, rule or order of court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NORTHERN DIST., IL | 02 B 47905 SQUIRES | 12/05/2002 |

### PENDING CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition.

### SIGNATURES

**ATTORNEY**

_____   Date: Mar 24, 2005
Debtors Attorney

| INDIVIDUAL JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition and attached schedules is true and correct. | I declare under penalty of perjury that the information provided in this petition and attached schedules is true and correct. |
| Ramon Ferralez | Signature of Authorized Individual |
| Dawm E. Ferralez | Title of Individual Authorized to File this Petition |
| Mar 24, 2005 | Mar 24, 2005 |

EXHIBIT "A" is attached and made part of this petition (Corporate debtor under Chapter 11)

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS

I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 13 of such title. If I am represented by an attorney Exhibit "B" has been completed below.

_____   Mar 24, 2005
Ramon Ferralez

_____   Mar 24, 2005
Dawm E. Ferralez

EXHIBIT "B" (to be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I am the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she or they) may proceed under Chapter 7, 11, 12, 13 of title 11 United States Code, and have explained the relief available under each chapter which is applicable to this debtor.

_____   Mar 24, 2005
Debtors Attorney

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

Chapter 7: Liquidation

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income.

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but not more than five years.
Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain other debts including criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

Chapter 11: Reorganization

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

Mar 24, 2005

COMBINED CHAPTER 13 SCHEDULE D, E, & F     PAGE 1
CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 11224673<br>Washington Mutual<br>Attention: Bankruptcy Dept.<br>7800 North 113th Street<br>Milwaukee, WI 53224 | 107000.00<br><br>BRIEF DESCRIPTION OF SECURITY<br>15210 S. LARAMIE, OAK FOREST<br>VALUE $ 125000.00 | | | | |
| NATURE OF CLAIM SECURED 100% VALUE OUTSIDE PLAN MORTGAGE ||||||
| ACCOUNT # 4277<br>United Acceptance Corp<br>C/O Kevin Kelly<br>10 East 22nd Street, Suite 216<br>Lombard, IL 60148 | 2372.51<br><br>BRIEF DESCRIPTION OF SECURITY<br>1991 BLAZER<br>VALUE $ 500.00 | 1700.00 | | | |
| NATURE OF CLAIM SECURED 100% VALUE AUTO LOAN ||||||
| ACCOUNT # 11224673<br>Washington Mutual<br>C/O Shapiro & Kreisman<br>4201 Lake Cook Road<br>Northbrook, IL 60062 | 7500.00<br><br>BRIEF DESCRIPTION OF SECURITY<br>15210 S. LARAMIE, OAK FOREST<br>VALUE $ 125000.00 | | 872.22 | | |
| NATURE OF CLAIM SECURED 100% VALUE MORTGAGE ARREARAGES ||||||

**TOTAL SECURED - SCHEDULE D**    $ 116872.51

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT # 2003M5-001981<br>C.P. Auto<br>C/O Vel Sreeni Vasan<br>P.O. Box 1916<br>Bridgeview, IL 60455 | 500.00 | | | | |
| NATURE OF CLAIM UNSECURED % ||||||
| ACCOUNT # 4388642224229123<br>Capital One<br>Bankruptcy Department<br>P.O. Box 85167<br>Richmond, VA 23285 | 400.00 | | | | |
| NATURE OF CLAIM UNSECURED % CONSUMER DEBT ||||||
| ACCOUNT # 76969966<br>Certegy Payment Recovery Serv.<br>11601 Roosevelt Boulevard<br>St Petersberg, FL 33716 | 296.24 | | | | |
| NATURE OF CLAIM UNSECURED % RETURNED CHECK ||||||

## COMBINED CHAPTER 13 SCHEDULE D, E, & F          PAGE 2
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 9053844268<br>City Of Chicago<br>Department Of Revenue<br>P.O. Box 88298<br>Chicago, IL  60680-1290 | 30.00 | | | | |
| NATURE OF CLAIM UNSECURED % PARKING TICKET | | | | | |
| ACCOUNT # 01100118398-08<br>City Of Oak Forest<br>15440 South Central Avenue<br>Oak Forest, IL  60452-2195 | 1836.00 | | | | |
| NATURE OF CLAIM UNSECURED % WATER BILL | | | | | |
| ACCOUNT # 0883587013<br>Commonwealth Edison/Exelon<br>Customer Care Center<br>P. O. Box 87522<br>Chicago, IL  60680 | 2326.96 | | | | |
| NATURE OF CLAIM UNSECURED % ELECTRIC BILL | | | | | |
| ACCOUNT # 003396-00<br>Dr. Gail Miller<br>C/O Jerry Salzberg<br>205 West Randolph Street<br>Chicago, IL  60606 | 1031.60 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL SERVICES | | | | | |
| ACCOUNT # 5433628747038473<br>First Premier Bank<br>P.O. Box 5519<br>Sioux Falls, SD  57117-5519 | 400.00 | | | | |
| NATURE OF CLAIM UNSECURED % CONSUMER DEBT | | | | | |
| ACCOUNT # 101027559<br>Lifetime Fitness<br>6442 City West Parkway, #300<br>Eden Prairie, MN  55344 | 239.90 | | | | |
| NATURE OF CLAIM UNSECURED % | | | | | |

COMBINED CHAPTER 13 SCHEDULE D, E, & F     PAGE 3
CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 1011104<br>Lifewatch/C.C.R.<br>P.O. Box 24475<br>Cleveland, OH  44124-0475 | 259.40 | | | | |
| NATURE OF CLAIM UNSECURED % | | | | | |
| ACCOUNT # 1283268<br>Loyola Univ. Phyn's Foundation<br>2160 S. First Avenue<br>Westchester, IL  60153 | 20.00 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 5595740<br>Loyola Univ. Phyn's Foundation<br>C/O I C S Collection Service<br>P.O. Box 646<br>Oak Lawn, IL  60454-0646 | 30.00 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 4596088<br>Loyola Univ. Phyn's Foundation<br>C/O I C S Collection Services<br>P.O. Box 646<br>Oak Lawn, IL  60454-0646 | 280.00 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 138902212503<br>Loyola University Medical Ctr.<br>2160 South First Avenue<br>Westchester, IL  60153 | 29.10 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 127296011100<br>Loyola University Medical Ctr.<br>2160 South First Avenue<br>Westchester, IL  60153 | 45.20 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |

## COMBINED CHAPTER 13 SCHEDULE D, E, & F  PAGE 4
### CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 127296011001<br>Loyola University Medical Ctr.<br>2160 South First Avenue<br>Westchester, IL   60153 | 194.90 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 126892211700<br>Loyola University Medical Ctr.<br>2160 South First Avenue<br>Westchester, IL   60153 | 221.40 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 9872092<br>Mac Neal Hospital<br>C/O Capital Management Serv.<br>2201 Niagara Street<br>Buffalo, NY   14207 | 145.79 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 4370361950<br>Nicor<br>Bankruptcy Department<br>P.O. Box 190<br>Aurora, IL   60507 | 1567.02 | | | | |
| NATURE OF CLAIM UNSECURED % GAS BILL | | | | | |
| ACCOUNT # 20-51174-9<br>Nuway/Tinley Park Disposal Svc<br>17726 South Oak Park Avenue<br>Tinley Park, IL   60477 | 109.80 | | | | |
| NATURE OF CLAIM UNSECURED % | | | | | |
| ACCOUNT # 708-535-7712-347<br>S.B.C./Ameritech<br>Bankruptcy Desk<br>P.O. Box 769<br>Arlington, TX   76004 | 360.93 | | | | |
| NATURE OF CLAIM UNSECURED % | | | | | |

COMBINED CHAPTER 13 SCHEDULE D, E, & F    PAGE 5
CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 3040606<br>St. Francis Hospital<br>C/O O S I Collection Serv.<br>1375 East Woodfield Road<br>Schaumburg, IL 60173-5447 | 40.00 | | | | |
| NATURE OF CLAIM UNSECURED % MEDICAL BILL | | | | | |
| ACCOUNT # 28107<br>The McGrath Clinic, S.C.<br>12021 South Harlem Avenue<br>Palos Heights, IL 60463 | 275.00 | | | | |
| NATURE OF CLAIM UNSECURED % | | | | | |
| ACCOUNT #<br>Triple R Child Care<br>5500 West 147th Street<br>Oak Forest, IL 60452 | 1453.72 | | | | |
| NATURE OF CLAIM UNSECURED % | | | | | |

==============================================================================
**TOTAL UNSECURED - SCHEDULE F** $ 12092.96
==============================================================================

                TOTALS:    128965.47       SET PMTS UNDER PLAN             .00

| BY CATEGORY: | # | | AMOUNT |
|---|---|---|---|
| SECURED OUTSIDE | 1 | | 107000.00 |
| SECURED INSIDE | 2 | | 8172.51 |
| UNSECURED | 24 | 12092.96 | |
| ADDITIONAL UNSECURED | | 1700.00 | |
| AT PERCENTAGE: | | % | .00 |
| PRIORITY | 0 | | .00 |
| SPEC CLASS | 0 | .00 | |
| AT PERCENTAGE: | | | .00 |
| TOTAL PLAN | 27 | | 8172.51 |
| TOTAL PLAN W/TRUSTEE & ATTY FEE: | | | 10413.16 |

03/24/05

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Ramon Ferralez                                      ) NO.
    Dawm E. Ferralez                                 )
                    Debtor(s),        )

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. Sec. 329(a) and Bankruptcy Rule 2016(b), I certify that I am the above-named debtor(s) attorney and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................................... $  2200.00

    Prior to the filing of this statement I have received.................................................... $  1100.00
                                    (INCLUDING COSTS)
    Balance Due........................................................................................................ $  1294.00

2. The source of compensation paid to me was:

    [ ] Debtor    [X] Other (specify)    Dawn Ferralez's brother

3. The source of compensation to be paid to me is:

    [X] Debtor    [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.
    A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**EDMUND G. UBRAN III**
**URBAN & BURT, LTD.**
**Attorney for Debtors**
**5320 W. 159th Street**
**Oak Forest, IL 60452**
**708/687-5200**

Mar 24, 2005

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: Ramon Ferralez & Dawm E. Ferralez          Case Number_____

VERIFICATION OF CREDITOR MATRIX

                                        Number of Creditors     27

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: Mar 24, 2005

                                                       _____
                                                               Debtor

                                                       _____
                                                             Joint Debtor

                                                       /s/ Edmund G. Urban III
                                                          Attorney for Debtor